# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)   WESLEY PRINCE,<br><br>         Plaintiff,<br><br>v.<br><br>(2)   TURN KEY HEALTH CLINICS,<br>         LLC, et al.<br><br>         Defendants. | Case No.: 18-CV-282-CVE-JFJ |

## PLAINTIFF'S UNOPPOSED MOTION TO EXTEND RESPONSE DEADLINE

Pursuant to LCvR 7.2(g), Wesley Prince, respectfully requests the Court extend the response deadline to Defendant Turn Key's 12(b)(6) motion (Doc. No. 23), to coincide with the 12(b)(6) motions filed by the individual Turn Key employees. (Doc. Nos. 26, 27).

The response is currently due on July 19, 2018; Plaintiff is requesting an extension until July 23, 2018. There are no previous motions for extension. The motion is intended to eliminate the preparation and filing of staggered responses to motions regarding the same pleading. There is no objection to the relief requested. Granting the relief will not impact any deadlines.

WHEREFORE, Plaintiff respectfully requests the Court grant the motion.

Respectfully submitted,

BRYAN & TERRILL


*s/J. Spencer Bryan*
J. Spencer Bryan, OBA #19419
Steven J. Terrill, OBA # 20869
9 East 4th St., Suite 307
Tulsa OK 74103
Tele:  (918) 935-2777
Fax:   (918) 935-2778
jsbryan@bryanterrill.com
sjterrill@bryanterrill.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 16, 2018, I electronically served the foregoing on the following persons:

Douglas Wilson
douglas.wilson@tulsacounty.org

Gerald Bender
gbender@cityoftulsa.org

Guy Fortney
gfortney@brewsterlaw.com

Kimberly Hall
khall@tulsacounty.org

Paulina Thompson
pthompson@johnsonhanan.com

Sean Snider
ssnider@johnsonhanan.com

                                            *s/J. Spencer Bryan*
                                            J. Spencer Bryan