## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)   WESLEY PRINCE,<br><br>           Plaintiff,<br><br>v.<br><br>(2)   TURN KEY HEALTH CLINICS,<br>         LLC, *et al.*<br><br>           Defendants. | Case No.: 18-CV-282-CVE-JFJ |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Wesley Prince, submits the following stipulation of dismissal without prejudice as to all claims against Defendants William Cooper, Flint Junod, Jesse White, Jane Kirby, Jon Echols, Trent Smith, Cindy Bilyeu, Nicole Cobb, Tamera Jackson, Danny Hickman and Rhett Burnett.

Respectfully submitted,

BRYAN & TERRILL

*s/J. Spencer Bryan*
J. Spencer Bryan, OBA #19419
Steven J. Terrill, OBA # 20869
9 East 4th St., Suite 307
Tulsa OK 74103
Tele:  (918) 935-2777
Fax:   (918) 935-2778
jsbryan@bryanterrill.com
sjterrill@bryanterrill.com
*Attorneys for Plaintiff*

        *s/Paulina Thompson*
Paulina Thompson, OBA # 31736
9801 N. Broadway Extension
Oklahoma City, OK 73114
pthompson@johnsonhanan.com
(*filed by Plaintiff's counsel with permission of defense counsel*)

        *s/Gerry Bender*
Gerald Bender, OBA # 14471
175 E. 2nd St., # 685
Tulsa, OK 74103
gbender@cityoftulsa.org
(*filed by Plaintiff's counsel with permission of defense counsel*)

## CERTIFICATE OF SERVICE

    I hereby certify that on July 23, 2018, I electronically served the foregoing on the following persons:

Douglas Wilson
douglas.wilson@tulsacounty.org

Gerald Bender
gbender@cityoftulsa.org

Guy Fortney
gfortney@brewsterlaw.com

Kimberly Hall
khall@tulsacounty.org

Paulina Thompson
pthompson@johnsonhanan.com

Sean Snider
ssnider@johnsonhanan.com

        *s/J. Spencer Bryan*
J. Spencer Bryan